## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Carlton Lewis,

Plaintiff,

vs.                                                                5:24-CV-01354
                                                                   (GTS/MJK)

The City of Syracuse, Investigator
Nichael Rathbun, Investigator Robert Teater,
Investigator James Quatrone, Wendy S. Lougnot,
As executor of the Estate of Investigator
Patrick Callahan, Investigator Timothy Flynn, and
Sergeant John D. Brennan,

Defendants.

## ORDER TO SHOW CAUSE

Upon reading the Declaration of Solomon Landsberg, Esq., sworn

to on the 18th day of June, 2026, together with Exhibits "A" through "G"

attached thereto, the Memorandum of Law in support of a Motion to

Compel Nonparty Witness Gregory Brown's Deposition before this

Court, and upon review of all prior pleadings and proceedings had

herein; it is hereby:

**ORDERED** that Lewis and non-party witness Gregory Brown,

**SHOW CAUSE** before this court, on **Monday, August 3rd, 2026, at**

**3:00 PM** at the United States District Court for the Northern District of

1

New York, James M. Hanley Federal Building & U.S. Courthouse 100 S. Clinton St. Syracuse, NY 13261 before U.S. Magistrate Judge Mitchell J. Katz why an Order should not be issued:

1. compelling non-party witness Gregory Brown to appear for his deposition on a date and time certain;

2. issuing a writ of body attachment authorizing the U.S. Marshal Service to take Mr. Brown into custody for his deposition before this Court; and

3. granting such other relief as is appropriate under the circumstances; and it is further

**ORDERED**, that service of a copy of this Order to Show Cause, together with a copy of the papers upon which it is based shall be served via personal service on Gregory Brown on or before **July 20, 2026**, that Defense Counsel shall file a certificate of service demonstrating that personal service has been completed by **July 20, 2026,** and that such service be deemed good and sufficient upon Gregory Brown, and service by CM/ECF upon Lewis is deemed sufficient service; and it is further

**ORDERED**, that opposing papers to this motion, if any, shall be filed with the Court on or before **July 27, 2026** by electronic filing, United States Postal or by personal service.

Dated: June 30, 2026.

_____
Hon. Mitchell J. Katz
U.S. Magistrate Judge